TORKILDSON KATZ
A Law Corporation

JOSEPH A. ERNST          9001-0
(jae@torkildson.com)
ANDREW D. CHIANESE       9957-0
(adc@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:   (808) 523-6001

Attorneys for Defendants
BENNETT DORRANCE JR. and
ONE HEART, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| KYRA K.I.L. VELEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BENNETT DORRANCE JR. and ONE HEART,<br><br>　　　　Defendants. | CIVIL NO. 21-00338 DKW-KJM<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANTS BENNETT DORRANCE JR. AND ONE HEART LLC AS TO ALL CLAIMS IN THE UNITED STATES DISTRICT COURT AND ORDER<br><br>Trial Date:  November 18, 2024 |

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AGAINST
DEFENDANTS BENNETT DORRANCE JR. AND ONE HEART LLC
<u>AS TO ALL CLAIMS IN THE UNITED STATES DISTRICT COURT</u>

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff KYRA K.I.L. VELEZ ("Plaintiff") and Defendants BENNETT DORRANCE JR and ONE HEART LLC ("Defendants"), by their undersigned counsel, that all claims in this action against the Defendants are hereby dismissed without prejudice.

This stipulation is based on Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, has been signed by Plaintiff Pro Se and counsel for Defendants BENNETT DORRANCE JR. and ONE HEART LLC.

All parties agree to bear their own attorneys' fees and costs. There are no remaining claims, parties or issues in this matter.

DATED: Hilo, Hawaiʻi, January 19, 2024.

/s/ Kyra K.I.L. Velez
KYRA K.I.L VELEZ

Pro Se Plaintiff
KYRA K.I.L VELEZ

DATED: Honolulu, Hawaii, January 19, 2024.

/s/ Andrew D. Chianese
JOSEPH A. ERNST
ANDREW D. CHIANESE

Attorneys for Defendants
BENNETT DORRANCE JR. and
ONE HEART LLC

APPROVED AS TO FORM AND SO ORDERED:

DATED: January 22, 2024 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

================================================================

*Kyra K.I.L Velez v. Bennett Dorrance Jr. and One Heart,* Civil No. 1:21-cv-00338-DKW-KJM; STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO ALL CLAIMS AGAINST BENNETT DORRANCE JR. AND ONE HEART LLC AND ORDER

3

3259963